# Court of Appeals
# of the State of Georgia

ATLANTA,_____June 29, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1824. WAYNE FOX v. THE STATE.**

In 2013,Wayne Fox pled guilty to several offenses including aggravated assault. Subsequently, pro se, Fox filed a Motion to Amend Sentencing, a Motion to Amend, and an Amended Extraordinary Motion for New Trial. On December 23, 2015, the trial court entered orders dismissing Fox's motions. On January 25, 2016, Fox filed a notice of appeal. Fox did not state which of the orders he wished to appeal. We lack jurisdiction.

Pretermitting whether Fox is entitled to directly appeal the trial court's orders, this appeal is untimely. To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Fox filed his notice of appeal 33 days after the trial court's orders. Accordingly, we lack jurisdiction to consider Fox's untimely appeal, which is hereby DISMISSED. See OCGA § 5-6-48 (b) (1).



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,_____06/29/2016_____
    I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____, Clerk.